

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-18-00164-CR

ZOWIE PAIGE ANDERSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR 16-111

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

Appellant Zowie Paige Anderson has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:    January 28, 2019
Date Decided:      January 29, 2019

Do Not Publish